UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANA DUNN,<br><br>            Plaintiff,<br><br>    v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>            Defendant. | Case No.  1:25-cv-00961-KES-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Docs. 2, 4, 6 |

      Plaintiff Alana Dunn filed this case against the Social Security Administration on August 5, 2025. On August 5, 2025, plaintiff also filed a motion to proceed in forma pauperis. Doc. 2. The magistrate judge issued an order directing plaintiff to submit a long form application within thirty days, Doc. 3, and thereafter plaintiff timely submitted another motion to proceed in forma pauperis. Doc. 4.

      On August 19, 2025, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's application to proceed in forma pauperis be denied and that plaintiff be ordered to pay the filing fee to proceed with this action because the information provided to the Court showed that she is financially able to pay the filing fee. Doc. 6. Those findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within 30 days after service. *Id.* at 4. Plaintiff has not filed objections and the

time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 19, 2025, Doc. 6, are ADOPTED in full.
2. Plaintiff's in forma pauperis applications (Docs. 2, 4) are denied.
3. Within thirty (30) days following the date of service of this order, plaintiff shall pay the $405.00 filing fee in full to proceed with this action. If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated:   October 21, 2025

UNITED STATES DISTRICT JUDGE

2