UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANA DUNN,<br><br>  Plaintiff,<br><br>  v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>  Defendant. | Case No. 1:25-cv-00961-KES-EPG<br><br>ORDER DISMISSING THE ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PAY THE FILING FEE<br><br>Doc. 7 |

Plaintiff Alana Dunn filed this case against the Social Security Administration on August 5, 2025. On August 5, 2025, plaintiff also filed a motion to proceed in forma pauperis. Doc. 2. The magistrate judge issued an order directing plaintiff to submit a long form application within thirty days, Doc. 3, and thereafter plaintiff timely submitted another motion to proceed in forma pauperis, Doc. 4. On August 19, 2025, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's application to proceed in forma pauperis be denied and that plaintiff be ordered to pay the filing fee to proceed with this action. Doc. 6.

On October 22, 2025, the Court adopted the findings and recommendations and ordered plaintiff to pay the $405.00 filing fee in full within thirty (30) days. Doc. 7. Plaintiff was warned that the failure to pay the required filing fee within the specified time would result in the dismissal of this action. *Id.* at 2. Despite the Court's warning, plaintiff has failed to pay the required filing fee and the deadline to do so has expired. Without such payment, the action cannot proceed before the Court.

//

Accordingly,

1. This action is dismissed without prejudice; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 2, 2025

_____
UNITED STATES DISTRICT JUDGE

2